ACCEPTED
01-15-00212-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/20/2015 3:54:36 PM
CHRISTOPHER PRINE
CLERK

| | |
|---|---|
| Appellate Docket Number: | 01-15-00212-CV |
| Appellate Case Style: | John T. Preston, Brilliant Novelty, LLC and C Change Investsments, LLC |
| Vs. | Janet Northrup Chapter 7 Trustee for the estate of NC12, Inc. |
| Companion Case No.: | |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

3/20/2015 3:54:36 PM

CHRISTOPHER A. PRINE
Clerk

Amended/corrected statement:

## DOCKETING STATEMENT (Civil)

Appellate Court: 1st Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

### I. Appellant

☒ Person ☐ Organization (choose one)

First Name: Christoph
Middle Name:
Last Name: Henkel
Suffix:
Pro Se: ○

### II. Appellant Attorney(s)

☒ Lead Attorney

First Name: Jane
Middle Name: Langdell
Last Name: Robinson
Suffix:
Law Firm Name: Ahmad Zavitsanos Anaipakos Alavi & Mensing
Address 1: 1221 McKinney, Ste. 3460
Address 2:
City: Houston
State: Texas   Zip+4: 77010
Telephone: 713-655-1101   ext.
Fax: 713-655-0062
Email: jrobinson@azalaw.com
SBN: 24062970

### I. Appellant

☒ Person ☐ Organization (choose one)

First Name: John
Middle Name: T.
Last Name: Preston
Suffix:
Pro Se: ○

### II. Appellant Attorney(s)

☐ Lead Attorney

First Name: Sean
Middle Name:
Last Name: Gorman
Suffix:
Law Firm Name: Ahmad Zavitsanos Anaipakos Alavi & Mensing
Address 1: 1221 McKinney, Ste. 3460
Address 2:

| | City: Houston |
|---|---|
| | State: Texas    Zip+4: 77010 |
| | Telephone: 713-655-1101   ext. |
| | Fax: 713-655-0062 |
| | Email: sgorman@azalaw.com |
| | SBN: 08218100 |

| **I. Appellant** | **II. Appellant Attorney(s)** |
|---|---|
| ☐ Person ☒ Organization (choose one) | ☐ Lead Attorney |
| Organization Name: Brilliant Novelty, LLC | First Name: Jamie |
| First Name: | Middle Name: A. |
| Middle Name: | Last Name: Aycock |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: Ahmad Zavitsanos Anaipakos Alavi & Mensing |
| Pro Se: ◯ | Address 1: 1221 McKinney, Ste. 3460 |
| | Address 2: |
| | City: Houston |
| | State: Texas    Zip+4: 77010 |
| | Telephone: 713-655-1101   ext. |
| | Fax: 713-655-0062 |
| | Email: jamieaycock@azalaw.com |
| | SBN: 24050241 |

| **I. Appellant** | **II. Appellant Attorney(s)** |
|---|---|
| ☐ Person ☒ Organization (choose one) | ☐ Lead Attorney |
| Organization Name: C Change Investments, LLC | First Name: |
| First Name: | Middle Name: |
| Middle Name: | Last Name: |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: |
| Pro Se: ◯ | Address 1: |
| | Address 2: |
| | City: |
| | State: Texas    Zip+4: |
| | Telephone:   ext. |
| | Fax: |
| | Email: |
| | SBN: |

| **III. Appellee** | **IV. Appellee Attorney(s)** |
|---|---|
| ☒ Person ☐ Organization (choose one) | ☒ Lead Attorney |
| Organization Name: | First Name: Timothy |

| | |
|---|---|
| First Name: Janet | Middle Name: M. |
| Middle Name: | Last Name: McCloskey |
| Last Name: Northrup | Suffix: |
| Suffix: | Law Firm Name: Carrigan, McCloskey & Roberson, LLP |
| Pro Se: ◯ | Address 1: 945 Heights Blvd. |
| | Address 2: |
| | City: Houston |
| | State: Texas    Zip+4: 77008 |
| | Telephone: (713) 868-5581   ext. |
| | Fax: (713) 868-1275 |
| | Email: tmccloskey@cmrllp.com |
| | SBN: 13417650 |

| **III. Appellee** | **IV. Appellee Attorney(s)** |
|---|---|
| ☐ Person   ☐ Organization (choose one) | ☐ Lead Attorney |
| | First Name: Blake |
| First Name: | Middle Name: E. |
| Middle Name: | Last Name: Rizzo |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: Carrigan, McCloskey & Roberson, LLP |
| Pro Se: ◯ | Address 1: 945 Heights Blvd. |
| | Address 2: |
| | City: Houston |
| | State: Texas    Zip+4: 77008 |
| | Telephone: (713) 868-5581   ext. |
| | Fax: (713) 868-1275 |
| | Email: brizzo@cmrllp.com |
| | SBN: 24034073 |

| **III. Appellee** | **IV. Appellee Attorney(s)** |
|---|---|
| ☐ Person   ☐ Organization (choose one) | ☐ Lead Attorney |
| | First Name: Thomas |
| First Name: | Middle Name: A. |
| Middle Name: | Last Name: Woolley |
| Last Name: | Suffix: |

| | |
|---|---|
| Suffix: | Law Firm Name: Carrigan, McCloskey & Roberson, LLP |
| Pro Se: ◯ | Address 1: 945 Heights Blvd. |
| | Address 2: |
| | City: Houston |
| | State: Texas    Zip+4: 77008 |
| | Telephone: (713) 868-5581   ext. |
| | Fax: (713) 868-1275 |
| | Email: rwoolley@cmrllp.com |
| | SBN: 24042193 |

## V. Perfection Of Appeal And Jurisdiction

Nature of Case (Subject matter or type of case): Corporation & Partnership

Date order or judgment signed: February 9, 2015     Type of judgment: Interlocutory Order

Date notice of appeal filed in trial court: March 2, 2015

If mailed to the trial court clerk, also give the date mailed:

Interlocutory appeal of appealable order: ☒ Yes ☐ No

If yes, please specify statutory or other basis on which interlocutory order is appealable (See TRAP 28):

Appealable pursuant to CPRC 51.104(a)(7): denial of special appearance

Accelerated appeal (See TRAP 28): ☒ Yes ☐ No

If yes, please specify statutory or other basis on which appeal is accelerated:
Appeal of an interlocutory order pursuant to CPRC 51.014.

Parental Termination or Child Protection? (See TRAP 28.4): ☐ Yes ☒ No

Permissive? (See TRAP 28.3): ☐ Yes ☒ No

If yes, please specify statutory or other basis for such status:

Agreed? (See TRAP 28.2): ☐ Yes ☒ No

If yes, please specify statutory or other basis for such status:

Appeal should receive precedence, preference, or priority under statute or rule: ☒ Yes ☐ No

If yes, please specify statutory or other basis for such status:
Appeal of interlocutory order. TRAP 40.1(b)

Does this case involve an amount under $100,000? ☐ Yes ☒ No

Judgment or order disposes of all parties and issues: ☐ Yes ☒ No

Appeal from final judgment: ☐ Yes ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule, or ordinance? ☐ Yes ☒ No

## VI. Actions Extending Time To Perfect Appeal

| | | If yes, date filed: |
|---|---|---|
| Motion for New Trial: | ☐ Yes ☒ No | |
| Motion to Modify Judgment: | ☐ Yes ☒ No | |
| Request for Findings of Fact and Conclusions of Law: | ☒ Yes ☐ No | March 2, 2015 |
| Motion to Reinstate: | ☐ Yes ☒ No | |
| Motion under TRCP 306a: | ☐ Yes ☒ No | |
| Other: | ☐ Yes ☒ No | |

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of affidavit, and extension motion if filed.)

| | | If yes, date filed: |
|---|---|---|
| Affidavit filed in trial court: | ☐ Yes ☐ No | |
| Contest filed in trial court: | ☐ Yes ☒ No | |

Date ruling on contest due:

Ruling on contest: ☐ Sustained ☐ Overruled    Date of ruling:

## VIII.  Bankruptcy

Has any party to the court's judgment filed for protection in bankruptcy which might affect this appeal?  ☐ Yes  ☒ No

If yes, please attach a copy of the petition.

Date bankruptcy filed: [blank]                Bankruptcy Case Number: [blank]

## IX.  Trial Court And Record

Court:     11th Judicial District

County:  Harris

**Trial Court Docket Number (Cause No.):** [blank]

Trial Judge (who tried or disposed of case):

First Name:     Mike

Middle Name:   D.

Last Name:     Miller

Suffix: [blank]

Address 1:     Harris County Civil Courthouse

Address 2 :    201 Caroline, 9th Floor

City:          Houston

State:  Texas              Zip + 4:  77002

Telephone:   (713) 368-6020      ext. [blank]

Fax: [blank]

Email:  Jackie_Struss@justex.net

Clerk's Record:

Trial Court Clerk:     ☒ District   ☐ County

Was clerk's record requested?   ☒ Yes   ☐ No

If yes, date requested:  March 2, 2015

If no, date it will be requested: [blank]

Were payment arrangements made with clerk?

☒ Yes  ☐ No  ☐ Indigent

**(Note: No request required under TRAP 34.5(a),(b))**

---

Reporter's or Recorder's Record:

Is there a reporter's record?        ☐ Yes  ☒ No

Was reporter's record requested?     ☐ Yes  ☒ No

Was there a reporter's record electronically recorded?  ☐ Yes  ☒ No

If yes, date requested: [blank]

If no, date it will be requested: [blank]

Were payment arrangements made with the court reporter/court recorder?  ☐ Yes  ☐ No  ☐ Indigent

☐ Court Reporter  ☐ Court Recorder
☐ Official  ☐ Substitute


First Name: 

Middle Name: 

Last Name: 

Suffix: 

Address 1: 

Address 2: 

City: 

State: Texas  Zip + 4: 

Telephone:  ext. 

Fax: 

Email: 

## X. Supersedeas Bond

Supersedeas bond filed: ☐ Yes  ☒ No  If yes, date filed: 

Will file: ☐ Yes  ☒ No

## XI. Extraordinary Relief

Will you request extraordinary relief (e.g. temporary or ancillary relief) from this Court?  ☐ Yes  ☒ No

If yes, briefly state the basis for your request: 

## XII. Alternative Dispute Resolution/Mediation (Complete section if filing in the 1st, 2nd, 4th, 5th, 6th, 8th, 9th, 10th, 11th, 12th, 13th, or 14th Court of Appeal)

Should this appeal be referred to mediation?  ☐ Yes  ☒ No

If no, please specify: Parties have already mediated and are actively involved in settlement discussions.

Has the case been through an ADR procedure?  ☒ Yes  ☐ No

If yes, who was the mediator? Hon. David Jones

What type of ADR procedure?  mediation

At what stage did the case go through ADR?  ☒ Pre-Trial  ☐ Post-Trial  ☐ Other

If other, please specify: 

Type of case?  Corporation &amp; Partnership

Give a brief description of the issue to be raised on appeal, the relief sought, and the applicable standard for review, if known (without prejudice to the right to raise additional issues or request additional relief):

Appeal of denial of special appearance. Appellants are seeking dismissal from the case. Standard is de novo review.

How was the case disposed of?  Other

Summary of relief granted, including amount of money judgment, and if any, damages awarded. Denial of special appearance

If money judgment, what was the amount? Actual damages: 

Punitive (or similar) damages:

Attorney's fees (trial): ▨

Attorney's fees (appellate): ▨

Other: ▨

If other, please specify: ▨

Will you challenge this Court's jurisdiction? ☐ Yes ☒ No

Does judgment have language that one or more parties "take nothing"? ☐ Yes ☒ No

Does judgment have a Mother Hubbard clause? ☐ Yes ☒ No

Other basis for finality? ▨

Rate the complexity of the case (use 1 for least and 5 for most complex): ☐ 1 ☐ 2 ☒ 3 ☐ 4 ☐ 5

Please make my answer to the preceding questions known to other parties in this case. ☒ Yes ☐ No

Can the parties agree on an appellate mediator? ☐ Yes ☒ No

If yes, please give name, address, telephone, fax and email address:

| Name | Address | Telephone | Fax | Email |
|---|---|---|---|---|
| ▨ | ▨ | ▨ | ▨ | ▨ |

Languages other than English in which the mediator should be proficient: ▨

Name of person filing out mediation section of docketing statement: Jane Langdell Robinson

## XIII. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: 01-14-00703-cv     Trial Court: 215th District Court

Style: Emjo Investments, Ltd. and H.J. von der Goltz

Vs. Michael Sydow, John Preston, Christoph Henkel, C Change Investments, LLC, Brilliant Novelty, LLC, Chalsys Capital Partners, LLP, Sonio Lo and Meliora Energy Technologies

## XIV. Pro Bono Program: (Complete section if filing in the 1st, 3rd, 5th, or 14th Courts of Appeals)

The Courts of Appeals listed above, in conjunction with the State Bar of Texas Appellate Section Pro Bono Committee and local Bar Associations, are conducting a program to place a limited number of civil appeals with appellate counsel who will represent the appellant in the appeal before this Court.

The Pro Bono Committee is solely responsible for screening and selecting the civil cases for inclusion in the Program based upon a number of discretionary criteria, including the financial means of the appellant or appellee. If a case is selected by the Committee, and can be matched with appellate counsel, that counsel will take over representation of the appellant or appellee without charging legal fees. More information regarding this program can be found in the Pro Bono Program Pamphlet available in paper form at the Clerk's Office or on the Internet at www.tex-app.org. If your case is selected and matched with a volunteer lawyer, you will receive a letter from the Pro Bono Committee within thirty (30) to forty-five (45) days after submitting this Docketing Statement.

Note: there is no guarantee that if you submit your case for possible inclusion in the Pro Bono Program, the Pro Bono Committee will select your case and that pro bono counsel can be found to represent you. Accordingly, you should not forego seeking other counsel to represent you in this proceeding. By signing your name below, you are authorizing the Pro Bono committee to transmit publicly available facts and information about your case, including parties and background, through selected Internet sites and Listserv to its pool of volunteer appellate attorneys.

Do you want this case to be considered for inclusion in the Pro Bono Program?   ☐ Yes  ☒ No

Do you authorize the Pro Bono Committee to contact your trial counsel of record in this matter to answer questions the committee may have regarding the appeal?   ☐ Yes  ☒ No

Please note that any such conversations would be maintained as confidential by the Pro Bono Committee and the information used solely for the purposes of considering the case for inclusion in the Pro Bono Program.

If you have not previously filed an affidavit of Indigency and attached a file-stamped copy of that affidavit, does your income exceed 200% of the U.S. Department of Health and Human Services Federal Poverty Guidelines?   ☐ Yes  ☒ No

These guidelines can be found in the Pro Bono Program Pamphlet as well as on the internet at http://aspe.hhs.gov/poverty/06poverty.shtml.

Are you willing to disclose your financial circumstances to the Pro Bono Committee?   ☐ Yes  ☒ No

If yes, please attach an Affidavit of Indigency completed and executed by the appellant or appellee. Sample forms may be found in the Clerk's Office or on the internet at http://www.tex-app.org. Your participation in the Pro Bono Program may be conditioned upon your execution of an affidavit under oath as to your financial circumstances.

Give a brief description of the issues to be raised on appeal, the relief sought, and the applicable standard of review, if known (without prejudice to the right to raise additional issues or request additional relief; use a separate attachment, if necessary).

## XV. Signature

_____

Signature of counsel (or pro se party)

Date:   March 20, 2015

Printed Name: Jane Langdell Robinson

State Bar No.:  24062970

Electronic Signature:  /s/ Jane Langdell Robinson
     (Optional)

## XVI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on March 20, 2015 .

_____

Signature of counsel (or pro se party)

Electronic Signature: /s/ Jane Langdell Robinson

(Optional)

State Bar No.: 24062970

Person Served

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

> (1) the date and manner of service;
> (2) the name and address of each person served, and
> (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: March 20, 2015

Manner Served: eServed

First Name: Timothy

Middle Name: M.

Last Name: McCloskey

Suffix:

Law Firm Name: Carrigan, McCloskey & Roberson, L.L.P.

Address 1: 945 Heights Blvd.

Address 2:

City: Houston, Texas 77008

State Texas     Zip+4:

Telephone: 713-868-5581     ext.

Fax: 713-868-1275

Email: tmccloskey@cmrllp.com

If Attorney, Representing Party's Name: Janet Northrup

Please enter the following for each person served:

Date Served: March 20, 2015

Manner Served: Fax

First Name: Jeffrey

Middle Name: B.

Last Name: Kaiser

Suffix:

Law Firm Name: Kaiser, P.C.

Address 1: Enterprise Bank Building

Address 2: 2211 Norfolk, Suite 528

City: Houston

State Texas  Zip+4: 77098

Telephone: 713-571-8000  ext.

Fax: 713-571-8002

Email: jkaiser@kaiser-law.com

If Attorney, Representing Party's Name: H.J. von der Goltz

Please enter the following for each person served:

---

Date Served: March 20, 2015

Manner Served: Fax

First Name: Kelley

Middle Name: M.

Last Name: Keller

Suffix:

Law Firm Name: Ellison Keller, P.C.

Address 1: 5120 Woodway Dr., Suite 6019

Address 2:

City: Houston

State Texas  Zip+4:

Telephone: 713-266-8299  ext.

Fax: 713-266-8201

Email: kkeller@ellison-keller.com

If Attorney, Representing Party's Name: Michael Collins

Please enter the following for each person served:

Date Served: March 20, 2015

Manner Served: Fax

First Name: Andrew

Middle Name: K.

Last Name: Meade

Suffix:

Law Firm Name: Hawash Meade Gaston Neese & Cicack

Address 1: 2118 Smith St.

Address 2:

City: Houston

State Texas    Zip+4: 77002

Telephone: 713-658-9001    ext.

Fax: 713-658-9011

Email: ameade@hmgnc.com

If Attorney, Representing Party's Name: Sameer Ahmed

Please enter the following for each person served:

---

Date Served: March 20, 2015

Manner Served: Fax

First Name: Michael

Middle Name: C.

Last Name: Watson

Suffix:

Law Firm Name: Michael C. Watson

Address 1: 4309 Yoakum, Suite 3000

Address 2:

City: Houston

State Texas    Zip+4: 77006

Telephone: 713-254-4315    ext.

Fax: 713-400-1864

Email: mwatson@michaelcwatson.com

If Attorney, Representing Party's Name: C Change Investments, LLC and Brilliant No

Please enter the following for each person served:

Date Served: March 20, 2015

Manner Served: Fax

First Name: James

Middle Name:

Last Name: Ardoin

Suffix:

Law Firm Name: Ardoin Law, PLLC

Address 1: 2118 Smith St.

Address 2:

City: Houston

State Texas          Zip+4: 77002

Telephone: 713-574-8900     ext.

Fax: 713-574-1404

Email: jimmy@ardoinlawpllc.com

If Attorney, Representing Party's Name: Aydin Muderrisoglu

Please enter the following for each person served:

---

Date Served: March 20, 2015

Manner Served: Fax

First Name: Billy

Middle Name:

Last Name: Shepherd

Suffix:

Law Firm Name: Shepherd, Scott, Clawater & Houston, LLP

Address 1: 2777 Allen Parkway, 7th Floor

Address 2:

City: Houston

State Texas          Zip+4: 77019-213

Telephone: 713-650-6600     ext.

Fax: 713-650-1720

Email: bshepherd@sschlaw.com

If Attorney, Representing Party's Name: Michael Sydow

Please enter the following for each person served:

Date Served: March 20, 2015

Manner Served: Fax

First Name: Thomas

Middle Name:

Last Name: Pirtle

Suffix:

Law Firm Name: Laminack, Pirtle & Martines

Address 1: 5020 Montrose Blvd., 9th Floor

Address 2:

City: Houston

State Texas     Zip+4: 77006

Telephone: 713-292-2750     ext.

Fax: 713-292-2755

Email: tomp@lpm-triallaw.com

If Attorney, Representing Party's Name: Michael Sydow